O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWELLYN CHARLES COX, IV,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 8:16-CV-01222-CJC (KES)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Third Amended Complaint without leave to amend. Plaintiff's civil rights claims are dismissed with prejudice. Plaintiff's Federal Tort Claims Act claim is dismissed without prejudice and without further leave to amend in this action.

DATED: January 23, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE