JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWELLYN CHARLES COX, IV,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 8:16-CV-01222-CJC (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Third Amended Complaint and entire action is dismissed. Plaintiff's civil rights claims (arising under Bivens and 42 U.S.C. § 1983) are dismissed with prejudice. Plaintiff's Federal Tort Claims Act claim is dismissed without prejudice and without further leave to amend in this action.

DATED: January 23, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE